UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | CV 21-08673 AB (RAO) | Date: | November 8, 2021 |
| Title: | Juan Carlos Medina v. Brian Cates, Warden, et al. | | |

| | |
|---|---|
| Present: | The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE** |

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED [1]**

On October 29, 2021, Petitioner Juan Carlos Medina, a state prisoner who is currently incarcerated at the California Correctional Institution in Tehachapi, California after being sentenced on January 11, 2016, in Santa Barbara County Superior Court, and who is proceeding *pro se*, constructively filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Dkt. No. 1 ("Petition").

The Court has screened the Petition and supporting documents, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, which provides that the Court may dismiss a petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." For the following reasons, Petitioner is ordered to show cause why the Petition should not be dismissed.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Petitioner's conviction became final on March 11, 2016, when the 60-day period to file a direct appeal of his conviction and sentence in state court expired. *See, e.g., Mendoza v. Carey*, 449 F.3d 1065, 1067 (9th Cir. 2006). Therefore, the statute of limitations expired one year later, on March 11, 2017. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Petitioner did not file this Petition, however, until October 29, 2021, more than four years after the deadline. Absent statutory or equitable tolling, the Petition is untimely and must be dismissed.

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  CV 21-08673 AB (RAO)                                  Date:  November 8, 2021
Title:     Juan Carlos Medina v. Brian Cates, Warden, et al.

    In light of the foregoing, IT IS HEREBY ORDERED that Petitioner shall show cause in writing, on or before **December 8, 2021**, why this action should not be dismissed.  **Petitioner is expressly warned that failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for his failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

    **IT IS SO ORDERED.**

:
dl