# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MEDINA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>BRIAN CATES,<br><br>　　　　　　Respondent. | Case No. CV 21-08673 AB (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Motion to Dismiss is granted, and Judgment shall be entered dismissing this action with prejudice.

DATED: November 08, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE