1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| JUAN CARLOS MEDINA, | Case No. CV 21-08673 AB (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRIAN CATES, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Motion to Dismiss is granted, and this action is dismissed with prejudice.

DATED: November 08, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE